## THIRD DEPARTMENT, MARCH, 1922.

DOUGLAS PACKING COMPANY, INC., Appellant, *v.* STEUBEN PRODUCTS COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. All concur, except Van Kirk and Hinman, JJ., dissenting.

THE DOLAN SAND COMPANY, Appellant, v. THE ALBANY SAND AND SUPPLY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Hinman, J., not sitting.

AUGUSTUS GEIGER v. DWIGHT DIVINE.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of JOHN C. BRADLEY, Respondent, for Compensation under the Workmen's Compensation Law, v. UNITED STATES RAIL AND SALVAGE CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for the Death of WALTER WESP, Made under the Workmen's Compensation Law by His Widow EMILY L. WESP, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of SIVERT SWENSON, Respondent, for Compensation under the Workmen's Compensation Law, v. ATLANTIC BASIN IRON WORKS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Awards unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by DAVID FLYNN, Appellant, v. RITCHIE BROTHERS, Employer, and FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Respondents.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by LENA STROHMAIER on Behalf of Herself and Minor Children, Respondent, for the Death of KARL STROHMAIER, Deceased, v. FRED WEISEL, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY OF BALTIMORE, MARYLAND, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.